UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

DENNIS BRITTENHAM,

        Plaintiff,        Case No. 1:10-cv-220

v.

                              Honorable Paul L. Maloney

JOHN McCARTHY,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the Order issued this date:

IT IS ORDERED that the captioned case be and hereby is DISMISSED without prejudice. Plaintiff shall remain liable for payment of the $350.00 civil action filing fee.


Dated:   May 10, 2010        /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District Judge